UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: OLSEN, GARY JOSEPH | § | Case No. 06-17206 |
| OLSEN, BETTY NADINE | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOHN E. GIERUM, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Clerk of the Bankruptcy Court
Dirksen Federal Courthouse
219 S Dearborn Street, 7th Floor
Chicago, Il 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 02:00pm on 02/18/2011 in Courtroom B, Lake County Courthouse,
Park City Branch Court
301 Greenleaf Avenue
Park City, Il 60085-5725.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 01/10/2011    By: /s/JOHN E. GIERUM
                                          Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL  60018
(847) 318-9130

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: OLSEN, GARY JOSEPH | § | Case No. 06-17206 |
| OLSEN, BETTY NADINE | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 15,057.28 |
| *and approved disbursements of* | $ | 5,193.16 |
| *leaving a balance on hand of* [1] | $ | 9,864.12 |

**Balance on hand:**   $   9,864.12

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   9,864.12

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOHN E. GIERUM | 2,057.03 | 0.00 | 2,057.03 |
| Accountant for Trustee, Fees - Lois West, Popowcer Katten, Ltd. | 903.00 | 0.00 | 903.00 |

Total to be paid for chapter 7 administration expenses:   $   2,960.03
Remaining balance:   $   6,904.09

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $       0.00
Remaining balance:   $   6,904.09

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $       0.00
Remaining balance:   $   6,904.09

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,114.28 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | CHASE BANK USA,N.A. | 399.41 | 0.00 | 399.41 |
| 3 | LVNV Funding LLC its successors and assigns as | 3,714.87 | 0.00 | 3,714.87 |

Total to be paid for timely general unsecured claims:   $   4,114.28
Remaining balance:   $   2,789.81

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 2,789.81

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 2,789.81

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 5.0% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $802.85. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $1,986.88.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/JOHN E. GIERUM
Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL  60018
(847) 318-9130

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: vbrown              Page 1 of 1                  Date Rcvd: Jan 11, 2011
Case: 06-17206                 Form ID: pdf006           Total Noticed: 14

The following entities were noticed by first class mail on Jan 13, 2011.
db/jdb        +Gary Joseph Olsen,   Betty Nadine Olsen,   26145 West Lakeview Avenue,   Ingleside, IL 60041-9691
aty           +Joanne H Yi,   Law Offices of Peter Francis Geraci,   55 East Monroe St. Suite #3400,
                Chicago, IL 60603-5920
tr            +John E Gierum,   John E Gierum,   Gierum & Mantas,   9700 Higgins Road,   Suite 1015,
                Rosemont, IL 60018-4712
11082314       Baxter Credit Union,   Attn: Bankruptcy Department,   PO Box 790289,   St. Louis, MO 63179
11311646      +CHASE BANK USA,N.A.,   P O BOX 740933,   DALLAS, TX 75374-0933
11309519      +HSBC Mortgage Services,   P.O. BOX 21188,   EAGAN MN 55121-0188
11309518      +HSBC Mortgage Services,   636 Grand Regency Blvd.,   Brandon, FL 33510-3942
11082312      +HSBC Mortgage Services,   Bankruptcy Department,   PO Box 17580,   Baltimore, MD 21297-1580
11082317      +Harris Bank,   Bankruptcy Dept.,   3800 Golf Rd. Suite 300,   Rolling Meadows, IL 60008-4037
11082319      +Joshua Smetters,   34654 Gerberding Ave,   Ingleside, IL 60041-9502
11082311      +Sears,   Bankruptcy Department,   PO Box 183081,   Columbus, OH 43218-3081

The following entities were noticed by electronic transmission on Jan 11, 2011.
11082313      +E-mail/PDF: cr-bankruptcy@kohls.com Jan 12 2011 00:41:22      Kohl's,   Bankruptcy Department,
                PO Box 2983,   Milwaukee, WI 53201-2983
12118041       E-mail/Text: resurgentbknotifications@resurgent.com
                LVNV Funding LLC its successors and assigns as,   assignee of Citibank,
                Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
11082318      +E-mail/PDF: gecsedi@recoverycorp.com Jan 12 2011 00:50:44      Yamaha/GEMB,
                Attn: Bankruptcy Dept.,   900 Concours Dr,   Rapid City, SD 57703-4762
                                                                                              TOTAL: 3

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +John E Gierum,   John E Gierum,   Gierum & Mantas,   9700 Higgins Road,   Suite 1015,
                Rosemont, IL 60018-4712
aty*          +John E Gierum,   John E Gierum,   Gierum & Mantas,   9700 Higgins Road,   Suite 1015,
                Rosemont, IL 60018-4712
11082316*     +American General Finance,   Bankruptcy Department,   PO Box 627,   Waukegan, IL 60079-0627
11082315     ##+American General Finance,   Bankruptcy Department,   PO Box 627,   Waukegan, IL 60079-0627
                                                                                              TOTALS: 0, * 3, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 13, 2011**          **Signature:** _Joseph Speetjens_