# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: OLSEN, GARY JOSEPH § | Case No. 06-17206 |
| OLSEN, BETTY NADINE § | |
| § | |
| Debtor(s) § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOHN E. GIERUM, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $118,013.00 *(without deducting any secured claims)* | Assets Exempt: $34,905.00 |
| Total Distribution to Claimants: $4,917.13 | Claims Discharged Without Payment: $0.00 |
| Total Expenses of Administration: $8,153.19 | |

3) Total gross receipts of $ 15,057.40 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 1,987.08 (see **Exhibit 2**), yielded net receipts of $13,070.32 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 8,153.19 | 8,153.19 | 8,153.19 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (fromExhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (fromExhibit 7) | 0.00 | 4,917.13 | 4,917.13 | 4,917.13 |
| **TOTAL DISBURSEMENTS** | $0.00 | $13,070.32 | $13,070.32 | $13,070.32 |

4) This case was originally filed under Chapter 7 on December 27, 2006. The case was pending for 54 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/25/2011          By: /s/JOHN E. GIERUM
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| EEOC Cause of Action (s) | 1149-000 | 15,000.00 |
| Interest Income | 1270-000 | 57.40 |
| **TOTAL GROSS RECEIPTS** | | **$15,057.40** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| OLSEN, GARY JOSEPH | First and Final Distribution | 8200-002 | 1,987.08 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$1,987.08** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Lois West, Popowcer Katten, Ltd. | 3410-000 | N/A | 903.00 | 903.00 | 903.00 |
| JOHN E. GIERUM | 2200-000 | N/A | 25.16 | 25.16 | 25.16 |
| JOHN E. GIERUM | 2100-000 | N/A | 2,057.03 | 2,057.03 | 2,057.03 |
| Pittacora & Crotty | 3210-600 | N/A | 5,000.00 | 5,000.00 | 5,000.00 |
| Illinois Department of Revenue | 2820-000 | N/A | 168.00 | 168.00 | 168.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | N/A | 8,153.19 | 8,153.19 | 8,153.19 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | CHASE BANK USA,N.A. | 7100-000 | N/A | 399.41 | 399.41 | 399.41 |
| 2I | CHASE BANK USA,N.A. | 7990-000 | N/A | 77.94 | 77.94 | 77.94 |
| 3 | LVNV Funding LLC its successors and assigns as | 7100-000 | N/A | 3,714.87 | 3,714.87 | 3,714.87 |
| 3I | LVNV Funding LLC its successors and assigns as | 7990-000 | N/A | 724.91 | 724.91 | 724.91 |
| TOTAL GENERAL UNSECURED CLAIMS | | | 0.00 | 4,917.13 | 4,917.13 | 4,917.13 |

UST Form 101-7-TDR (10/1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 06-17206  
**Case Name:** OLSEN, GARY JOSEPH  
OLSEN, BETTY NADINE  
**Period Ending:** 06/25/11

**Trustee:** (520171) JOHN E. GIERUM  
**Filed (f) or Converted (c):** 12/27/06 (f)  
**§341(a) Meeting Date:** 02/05/07  
**Claims Bar Date:** 06/15/07

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | EEOC Cause of Action (s) | Unknown | 15,000.00 | | 15,000.00 | FA |
| 2 | Real estate (s) | 93,093.00 | 0.00 | DA | 0.00 | FA |
| 3 | Savings Account (s) | 5.00 | 0.00 | DA | 0.00 | FA |
| 4 | Household goods (s) | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 5 | AGF TV (s) | 400.00 | 0.00 | DA | 0.00 | FA |
| 6 | Two Term Life Policies (s) | 0.00 | 0.00 | DA | 0.00 | FA |
| 7 | Chevrolet Equinox (s) | 16,375.00 | 0.00 | DA | 0.00 | FA |
| 8 | 1/2 interest Yamaha ATV (s) | 4,500.00 | 0.00 | DA | 0.00 | FA |
| 9 | 1998 Chevrolet Malibu (s) | 1,140.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 57.40 | FA |
| 10 | **Assets** Totals (Excluding unknown values) | **$118,013.00** | **$15,000.00** | | **$15,057.40** | **$0.00** |

**Major Activities Affecting Case Closing:**

settled lawsuit and next is review of claims and tax work

**Initial Projected Date Of Final Report (TFR):** December 31, 2009 **Current Projected Date Of Final Report (TFR):** January 10, 2011 (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 06-17206 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | OLSEN, GARY JOSEPH | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | OLSEN, BETTY NADINE | | Account: | ***-*****94-65 - Money Market Account |
| Taxpayer ID #: | **-***9899 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/25/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/20/07 | {1} | Baxter Healthcare Corporation | SETTLEMENT | 1149-000 | 15,000.00 | | 15,000.00 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.13 | | 15,002.13 |
| 07/31/07 | 1001 | Pittacora & Crotty | SPECIAL COUNSEL FEES (1/3 Contingency) | 3210-600 | | 5,000.00 | 10,002.13 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.96 | | 10,008.09 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.98 | | 10,013.07 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.88 | | 10,018.95 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 5.21 | | 10,024.16 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 5.10 | | 10,029.26 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 4.58 | | 10,033.84 |
| 02/05/08 | | To Account #********9466 | BOND REIMBURSEMENT | 9999-000 | | 8.61 | 10,025.23 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 2.05 | | 10,027.28 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.86 | | 10,029.14 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.39 | | 10,030.53 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.25 | | 10,031.78 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.27 | | 10,033.05 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.27 | | 10,034.32 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.19 | | 10,035.51 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.31 | | 10,036.82 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 1.09 | | 10,037.91 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.78 | | 10,038.69 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.71 | | 10,039.40 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.40 | | 10,039.80 |
| 02/19/09 | | To Account #********9466 | BOND REIMBURSEMENT | 9999-000 | | 8.74 | 10,031.06 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.38 | | 10,031.44 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.43 | | 10,031.87 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.40 | | 10,032.27 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.39 | | 10,032.66 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.43 | | 10,033.09 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.42 | | 10,033.51 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.42 | | 10,033.93 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.40 | | 10,034.33 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.40 | | 10,034.73 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.42 | | 10,035.15 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.42 | | 10,035.57 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.39 | | 10,035.96 |
| 02/12/10 | | To Account #********9466 | TRANSFER OF FUNDS | 9999-000 | | 7.81 | 10,028.15 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.38 | | 10,028.53 |

Subtotals: $15,053.69   $5,025.16

{} Asset reference(s)

Printed: 06/25/2011 02:52 PM   V.12.57

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 06-17206 | Trustee: | JOHN E. GIERUM (520171) |
| --- | --- | --- | --- |
| Case Name: | OLSEN, GARY JOSEPH | Bank Name: | JPMORGAN CHASE BANK, N.A. |
|  | OLSEN, BETTY NADINE | Account: | ***-*****94-65 - Money Market Account |
| Taxpayer ID #: | **-***9899 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/25/11 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.45 |  | 10,028.98 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.25 |  | 10,029.23 |
| 04/20/10 |  | Wire out to BNYM account 9200******9465 | Wire out to BNYM account 9200******9465 | 9999-000 | -10,029.23 |  | 0.00 |
|  |  |  | ACCOUNT TOTALS |  | 5,025.16 | 5,025.16 | $0.00 |
|  |  |  | Less: Bank Transfers |  | -10,029.23 | 25.16 |  |
|  |  |  | Subtotal |  | 15,054.39 | 5,000.00 |  |
|  |  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  |  | NET Receipts / Disbursements |  | $15,054.39 | $5,000.00 |  |

{} Asset reference(s)

Printed: 06/25/2011 02:52 PM V.12.57

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 06-17206 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | OLSEN, GARY JOSEPH | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | OLSEN, BETTY NADINE | | Account: | ***-*****94-66 - Checking Account |
| Taxpayer ID #: | **-***9899 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/25/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/05/08 | | From Account #*********9465 | BOND REIMBURSEMENT | 9999-000 | 8.61 | | 8.61 |
| 02/05/08 | 101 | John E. Gierum | Bond Premium Payment on Ledger Balance as of 02/01/2008 for Case #06-17206, Bond Reimbursement (Bond #016026455) | 2200-000 | | 8.61 | 0.00 |
| 02/19/09 | | From Account #*********9465 | BOND REIMBURSEMENT | 9999-000 | 8.74 | | 8.74 |
| 02/19/09 | 102 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2009 FOR CASE #06-17206, Reimbursement for Ch. 7 Blanket Bond | 2200-000 | | 8.74 | 0.00 |
| 02/12/10 | | From Account #*********9465 | TRANSFER OF FUNDS | 9999-000 | 7.81 | | 7.81 |
| 02/12/10 | 103 | John E. Gierum | Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 2/1/10 for Case No. 06-17206 | 2200-000 | | 7.81 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 25.16 | 25.16 | $0.00 |
| Less: Bank Transfers | 25.16 | 0.00 | |
| Subtotal | 0.00 | 25.16 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $25.16 | |

{} Asset reference(s)

Printed: 06/25/2011 02:52 PM V.12.57

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 06-17206 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | OLSEN, GARY JOSEPH | | Bank Name: | The Bank of New York Mellon |
| | OLSEN, BETTY NADINE | | Account: | 9200-******94-65 - Money Market Account |
| Taxpayer ID #: | **-***9899 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/25/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********9465 | Wire in from JPMorgan Chase Bank, N.A. account ********9465 | 9999-000 | 10,029.23 | | 10,029.23 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.21 | | 10,029.44 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.59 | | 10,030.03 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.58 | | 10,030.61 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.60 | | 10,031.21 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.59 | | 10,031.80 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,031.88 |
| 10/25/10 | | To Account #9200******9466 | TRANSFER OF FUNDS | 9999-000 | | 168.00 | 9,863.88 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,863.96 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,864.04 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,864.12 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,864.20 |
| 02/16/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.04 | | 9,864.24 |
| 02/16/11 | | To Account #9200******9466 | TRANSFER FUNDS FROM MMA TO CHECKING FOR FINAL DISTRIBUTION | 9999-000 | | 9,864.24 | 0.00 |
| | | | ACCOUNT TOTALS | | 10,032.24 | 10,032.24 | $0.00 |
| | | | Less: Bank Transfers | | 10,029.23 | 10,032.24 | |
| | | | **Subtotal** | | 3.01 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3.01** | **$0.00** | |

{} Asset reference(s)

Printed: 06/25/2011 02:52 PM V.12.57

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 06-17206 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | OLSEN, GARY JOSEPH | | Bank Name: | The Bank of New York Mellon |
| | OLSEN, BETTY NADINE | | Account: | 9200-******94-66 - Checking Account |
| Taxpayer ID #: | **-***9899 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/25/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/25/10 | | From Account #9200******9465 | TRANSFER OF FUNDS | 9999-000 | 168.00 | | 168.00 |
| 10/27/10 | 10104 | Illinois Department of Revenue | 2007 IL-1041 | 2820-000 | | 168.00 | 0.00 |
| 02/16/11 | | From Account #9200******9465 | TRANSFER FUNDS FROM MMA TO CHECKING FOR FINAL DISTRIBUTION | 9999-000 | 9,864.24 | | 9,864.24 |
| 02/21/11 | 10105 | CHASE BANK USA,N.A. | First and Final Distribution | 7100-000 | | 399.41 | 9,464.83 |
| 02/21/11 | 10106 | CHASE BANK USA,N.A. | First and Final Distribution | 7990-000 | | 77.94 | 9,386.89 |
| 02/21/11 | 10107 | LVNV Funding LLC its successors and assigns as | First and Final Distribution | 7100-000 | | 3,714.87 | 5,672.02 |
| 02/21/11 | 10108 | LVNV Funding LLC its successors and assigns as | First and Final Distribution | 7990-000 | | 724.91 | 4,947.11 |
| 02/21/11 | 10109 | Lois West, Popowcer Katten, Ltd. | First and Final Distribution | 3410-000 | | 903.00 | 4,044.11 |
| 02/21/11 | 10110 | JOHN E. GIERUM | First and Final Distribution | 2100-000 | | 2,057.03 | 1,987.08 |
| 02/21/11 | 10111 | OLSEN, GARY JOSEPH | First and Final Distribution | 8200-002 | | 1,987.08 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | ACCOUNT TOTALS | | 10,032.24 | 10,032.24 | $0.00 |
| | Less: Bank Transfers | | 10,032.24 | 0.00 | |
| | Subtotal | | 0.00 | 10,032.24 | |
| | Less: Payments to Debtors | | | 1,987.08 | |
| | NET Receipts / Disbursements | | $0.00 | $8,045.16 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ***-*****94-65 | 15,054.39 | 5,000.00 | 0.00 |
| Checking # ***-*****94-66 | 0.00 | 25.16 | 0.00 |
| MMA # 9200-******94-65 | 3.01 | 0.00 | 0.00 |
| Checking # 9200-******94-66 | 0.00 | 8,045.16 | 0.00 |
| | $15,057.40 | $13,070.32 | $0.00 |

Check Number: 10110    Pay Date: 02/24/2011    Amount: $2,057.03



---Two Thousand Fifty-Seven Dollars and 03/100

Pay to the Order of: JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT IL 60018

JOHN E. GIERUM, Trustee

⑉00010110⑉ ⑆043302493⑆ 92000738539466⑉    ⁄0000205703⁄

7813651748

**Check Number: 10105    Pay Date: 03/02/2011 Amount: $399.41**

THE BANK OF NEW YORK MELLON — VOID AFTER 90 DAYS — 10105

Case: 06-17206 ABG — Debtor: OLSEN, GARY JOSEPH
92000738539466 — OLSEN, BETTY NADINE
First and Final Distribution

TID #520171
JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT IL 60018

Date 02/21/2011    $ *********399.41

---Three Hundred Ninety-Nine Dollars and 41/100

Pay to the Order of: CHASE BANK USA, N.A.
P O BOX 740933
DALLAS TX 75374

JOHN E. GIERUM, Trustee

**Check Number: 10106    Pay Date: 03/02/2011  Amount: $77.94**

THE BANK OF NEW YORK MELLON — VOID AFTER 90 DAYS — 10106

Case: 06-17206 ABG — Debtor: OLSEN, GARY JOSEPH
92000738539466 — OLSEN, BETTY NADINE
First and Final Distribution

TID #520171
JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT IL 60018

Date 02/21/2011    $ **********77.94

---Seventy-Seven Dollars and 94/100

Pay to the Order of: CHASE BANK USA, N.A.
P O BOX 740933
DALLAS TX 75374

JOHN E. GIERUM, Trustee

Check Number: 10107   Pay Date: 03/03/2011   Amount: $3,714.87





Check Number: 10108   Pay Date: 03/03/2011   Amount: $724.91





**Check Number: 10109    Pay Date: 03/02/2011  Amount: $903.00**

THE BANK OF NEW YORK MELLON — VOID AFTER 90 DAYS — 10109

Case: 06-17206 ABG
Debtor: OLSEN, GARY JOSEPH
9200073853946 6 OLSEN, BETTY NADINE
First and Final Distribution

JOHN E. GIERUM
SUITE 4015
9700 WEST HIGGINS ROAD
ROSEMONT IL 60018

Date 02/21/2011    $ **********903.00

---Nine Hundred Three Dollars and 00/100

Pay to the Order of: Lois West, Popowcer Katten, Ltd.
35 East Wacker Drive
Suite 1550
Chicago IL 60601-2124

JOHN E. GIERUM, Trustee

⑆000 10109⑆ ⑉043302493⑉ 9200073853946 6⑉

PAY TO THE ORDER OF
BANK OF AMERICA
071000505
FOR DEPOSIT ONLY
POPOWCER KATTEN, LTD.

**Check Number: 10111    Pay Date: 03/03/2011  Amount: $1,987.08**



THE BANK OF NEW YORK MELLON — VOID AFTER 90 DAYS — 10111

Case: 06-17206 ABG
Debtor: OLSEN, GARY JOSEPH
9200073853946 6 OLSEN, BETTY NADINE
First and Final Distribution

JOHN E. GIERUM
SUITE 4015
9700 WEST HIGGINS ROAD
ROSEMONT IL 60018

Date 02/21/2011    $ *********1,987.08

---One Thousand Nine Hundred Eighty-Seven Dollars and 08/100

Pay to the Order of: OLSEN, GARY JOSEPH & OLSEN, BETTY NADINE
26145 WEST LAKEVIEW AVENUE
INGLESIDE IL 60041

JOHN E. GIERUM, Trustee

⑆000 10111⑆ ⑉043302493⑉ 9200073853946 6⑉

Harris Bank N.A. >071000288<
311 W Monroe
Chicago IL 60606

**PART A**     FORM 4 - Distribution Report for Closed Asset Cases     Version 3

Case No. : 06-17206 ABG     Date Submitted: 06/25/11
Case Name : OLSEN, GARY JOSEPH     Trustee Name : JOHN E. GIERUM
Date Filed/Converted to Ch. 7 : 12/27/06

|  | $ AMOUNT RECEIVED | % OF RECEIPTS |
|---|---|---|
| **GROSS RECEIPTS** | $15,057.40 | 100.00% |
| Less: Funds Paid to Debtor: |  |  |
|   Exemptions | 0.00 | 0.00% |
|   Excess Funds | 1,987.08 | 13.20% |
|   Funds Paid to 3rd Parties | 0.00 | 0.00% |
| **NET RECEIPTS (basis for computing maximum trustee fee)** | **$13,070.32** | **86.80%** |

|  | $ CLAIMS | $ AMOUNT PAID | % OF RECEIPTS |
|---|---|---|---|
| **SECURED CLAIMS:** |  |  |  |
| Real Estate | $0.00 | $0.00 | 0.00% |
| Personal Property & Intangibles | 0.00 | 0.00 | 0.00% |
| Internal Revenue Service Tax Liens | 0.00 | 0.00 | 0.00% |
| Other Governmental Tax Liens | 0.00 | 0.00 | 0.00% |
| **TOTAL SECURED CLAIMS** | $0.00 | $0.00 | 0.00% |
| **PRIORITY CLAIMS:** |  |  |  |
| CHAPTER 7 ADMINISTRATIVE FEES 507(a)(1)(C) and (2), and CHARGES under Title 28, Chapter 123: |  |  |  |
|   Trustee Fees | $2,057.03 | $2,057.03 | 13.66% |
|   Trustee Expenses | 25.16 | 25.16 | 0.17% |
|   Legal Fees & Expenses: |  |  |  |
|     Trustee's Firm Legal Fees | 0.00 | 0.00 | 0.00% |
|     Trustee's Firm Legal Expenses | 0.00 | 0.00 | 0.00% |
|     Other Firm's Legal Fees | 0.00 | 5,000.00 | 33.21% |
|     Other Firm's Legal Expenses | 0.00 | 0.00 | 0.00% |
|   Accounting Fees & Expenses: |  |  |  |
|     Trustee's Firm Accounting Fees | 0.00 | 0.00 | 0.00% |
|     Trustee's Firm Accounting Expenses | 0.00 | 0.00 | 0.00% |
|     Other Firm's Accounting Fees | 903.00 | 903.00 | 6.00% |
|     Other Firm's Accounting Expenses | 0.00 | 0.00 | 0.00% |
|   Real Estate Commissions | 0.00 | 0.00 | 0.00% |
|   Auctioneer/Liquidator Fees | 0.00 | 0.00 | 0.00% |
|   Auctioneer/Liquidator Expenses | 0.00 | 0.00 | 0.00% |
|   Other Professional Fees/Expenses | 0.00 | 0.00 | 0.00% |
|   Expenses of Operating Business in Chapter 7 | 0.00 | 0.00 | 0.00% |
|   Other Expenses | 0.00 | 0.00 | 0.00% |
|   Income Tax - Internal Revenue Service | 0.00 | 0.00 | 0.00% |
|   Other State or Local Income or Business Taxes | 0.00 | 168.00 | 1.12% |
|   U.S. Trustee Fees | 0.00 | 0.00 | 0.00% |
|   Court Costs | 0.00 | 0.00 | 0.00% |
| **TOTAL CHAPTER 7 ADMINISTRATIVE FEES & CHARGES** | $2,985.19 | $8,153.19 | 54.15% |
| **TOTAL PRIOR CHAPTER ADMINISTRATIVE FEES 507(a)(1)(C) and (2)** (From attached Part B) | $0.00 | $0.00 | 0.00% |
| DOMESTIC SUPPORT OBLIGATIONS 507(a)(1)(A) & (B) | 0.00 | 0.00 | 0.00% |
| WAGES 507(a)(4) | 0.00 | 0.00 | 0.00% |
| CONTRIBUTIONS: EMPLOYEE BENEFIT PLANS 507(a)(5) | 0.00 | 0.00 | 0.00% |
| CLAIMS ON GOVERNMENTAL UNITS 507(a)(8) | 0.00 | 0.00 | 0.00% |
| OTHER 507(a)(3), (6), (7), (9) & (10) | 0.00 | 0.00 | 0.00% |
| **TOTAL PRIORITY CLAIMS 507(a)(1)(A) & (B), to 507(a)(3), to 507(a)(10)** | $0.00 | $0.00 | 0.00% |
| **GENERAL UNSECURED CLAIMS** | $4,917.13 | $4,917.13 | 32.66% |
| **TOTAL DISBURSEMENTS** | **$7,902.32** | **$13,070.32** | **86.80%** |

**PART B**     **FORM 4 - Distribution Report for Closed Asset Cases**     Version 3

**Case No.** : 06-17206 ABG     **Date Submitted:** 06/25/11
**Case Name :** OLSEN, GARY JOSEPH     **Trustee Name** : JOHN E. GIERUM
**Date Filed/Converted to Ch. 7 :** 12/27/06

| | $ CLAIMS | $ AMOUNT PAID | % OF RECEIPTS |
|---|---:|---:|---:|
| PRIOR CHAPTER ADMINISTRATIVE FEES 507(a)(1): | | | |
| Trustee Fees | 0.00 | 0.00 | 0.00% |
| Trustee Expenses | 0.00 | 0.00 | 0.00% |
| Legal Fees & Expenses: | | | |
|     Trustee's Firm Legal Fees | 0.00 | 0.00 | 0.00% |
|     Trustee's Firm Legal Expenses | 0.00 | 0.00 | 0.00% |
|     Other Firm's Legal Fees | 0.00 | 0.00 | 0.00% |
|     Other Firm's Legal Expenses | 0.00 | 0.00 | 0.00% |
| Accounting Fees & Expenses: | | | |
|     Trustee's Firm Accounting Fees | 0.00 | 0.00 | 0.00% |
|     Trustee's Firm Accounting Expenses | 0.00 | 0.00 | 0.00% |
|     Other Firm's Accounting Fees | 0.00 | 0.00 | 0.00% |
|     Other Firm's Accounting Expenses | 0.00 | 0.00 | 0.00% |
| Real Estate Commissions | 0.00 | 0.00 | 0.00% |
| Auctioneer/Liquidator Fees | 0.00 | 0.00 | 0.00% |
| Auctioneer/Liquidator Expenses | 0.00 | 0.00 | 0.00% |
| Other Professional Fees/Expenses | 0.00 | 0.00 | 0.00% |
| Income Tax - Internal Revenue Service | 0.00 | 0.00 | 0.00% |
| Other State or Local Taxes | 0.00 | 0.00 | 0.00% |
| Operating Expenses | 0.00 | 0.00 | 0.00% |
| Other Expenses | 0.00 | 0.00 | 0.00% |
| **TOTAL PRIOR CHAPTER ADMINISTRATIVE FEES** | **$0.00** | **$0.00** | **0.00%** |