**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: OLSEN, GARY JOSEPH | § Case No. 06-17206 |
| OLSEN, BETTY NADINE | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    JOHN E. GIERUM, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $118,013.00          Assets Exempt: $34,905.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $4,917.13      Claims Discharged
                                                Without Payment: $0.00

Total Expenses of Administration: $8,153.19

---

    3) Total gross receipts of $ 15,057.40  (see **Exhibit 1**), minus funds paid to the debtor
and third parties of $ 1,987.08  (see **Exhibit 2**), yielded net receipts of $13,070.32
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 8,153.19 | 8,153.19 | 8,153.19 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 4,917.13 | 4,917.13 | 4,917.13 |
| **TOTAL DISBURSEMENTS** | $0.00 | $13,070.32 | $13,070.32 | $13,070.32 |

    4) This case was originally filed under Chapter 7 on December 27, 2006. The case was pending for 57 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/20/2011          By: /s/JOHN E. GIERUM
                                       Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| EEOC Cause of Action (s) | 1149-000 | 15,000.00 |
| Interest Income | 1270-000 | 57.40 |
| **TOTAL GROSS RECEIPTS** | | **$15,057.40** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| OLSEN, GARY JOSEPH | First and Final Distribution | 8200-002 | 1,987.08 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$1,987.08** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Lois West, Popowcer Katten, Ltd. | 3410-000 | N/A | 903.00 | 903.00 | 903.00 |
| JOHN E. GIERUM | 2200-000 | N/A | 25.16 | 25.16 | 25.16 |
| JOHN E. GIERUM | 2100-000 | N/A | 2,057.03 | 2,057.03 | 2,057.03 |
| Pittacora & Crotty | 3210-600 | N/A | 5,000.00 | 5,000.00 | 5,000.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed |
|---|---|---|---|---|---|
| Illinois Department of Revenue | 2820-000 | N/A | 168.00 | 168.00 | 168.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 8,153.19 | 8,153.19 | 8,153.19 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | CHASE BANK USA, N.A. | 7100-000 | N/A | 399.41 | 399.41 | 399.41 |
| 2I | CHASE BANK USA, N.A. | 7990-000 | N/A | 77.94 | 77.94 | 77.94 |
| 3 | LVNV Funding LLC its successors and assigns as | 7100-000 | N/A | 3,714.87 | 3,714.87 | 3,714.87 |
| 3I | LVNV Funding LLC its successors and assigns as | 7990-000 | N/A | 724.91 | 724.91 | 724.91 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 4,917.13 | 4,917.13 | 4,917.13 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 06-17206  
**Case Name:** OLSEN, GARY JOSEPH  
    OLSEN, BETTY NADINE  
**Period Ending:** 09/20/11

**Trustee:**    (520171)    JOHN E. GIERUM  
**Filed (f) or Converted (c):** 12/27/06 (f)  
**§341(a) Meeting Date:** 02/05/07  
**Claims Bar Date:** 06/15/07

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | EEOC Cause of Action (s) | Unknown | 15,000.00 | | 15,000.00 | FA |
| 2 | Real estate (s) | 93,093.00 | 0.00 | DA | 0.00 | FA |
| 3 | Savings Account (s) | 5.00 | 0.00 | DA | 0.00 | FA |
| 4 | Household goods (s) | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 5 | AGF TV (s) | 400.00 | 0.00 | DA | 0.00 | FA |
| 6 | Two Term Life Policies (s) | 0.00 | 0.00 | DA | 0.00 | FA |
| 7 | Chevrolet Equinox (s) | 16,375.00 | 0.00 | DA | 0.00 | FA |
| 8 | 1/2 interest Yamaha ATV (s) | 4,500.00 | 0.00 | DA | 0.00 | FA |
| 9 | 1998 Chevrolet Malibu (s) | 1,140.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 57.40 | FA |
| 10 | Assets    Totals (Excluding unknown values) | **$118,013.00** | **$15,000.00** | | **$15,057.40** | **$0.00** |

**Major Activities Affecting Case Closing:**

  settled lawsuit and next is review of claims and tax work

**Initial Projected Date Of Final Report (TFR):**    December 31, 2009    **Current Projected Date Of Final Report (TFR):**    January 10, 2011  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 06-17206 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | OLSEN, GARY JOSEPH | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | OLSEN, BETTY NADINE | | Account: | ***-*****94-65 - Money Market Account |
| Taxpayer ID #: | **-***9899 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 09/20/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 07/20/07 | {1} | Baxter Healthcare Corporation | SETTLEMENT | 1149-000 | 15,000.00 | | 15,000.00 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.13 | | 15,002.13 |
| 07/31/07 | 1001 | Pittacora & Crotty | SPECIAL COUNSEL FEES (1/3 Contingency) | 3210-600 | | 5,000.00 | 10,002.13 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.96 | | 10,008.09 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.98 | | 10,013.07 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.88 | | 10,018.95 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 5.21 | | 10,024.16 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 5.10 | | 10,029.26 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 4.58 | | 10,033.84 |
| 02/05/08 | | To Account #********9466 | BOND REIMBURSEMENT | 9999-000 | | 8.61 | 10,025.23 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 2.05 | | 10,027.28 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.86 | | 10,029.14 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.39 | | 10,030.53 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.25 | | 10,031.78 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.27 | | 10,033.05 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.27 | | 10,034.32 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.19 | | 10,035.51 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.31 | | 10,036.82 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 1.09 | | 10,037.91 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.78 | | 10,038.69 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.71 | | 10,039.40 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.40 | | 10,039.80 |
| 02/19/09 | | To Account #********9466 | BOND REIMBURSEMENT | 9999-000 | | 8.74 | 10,031.06 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.38 | | 10,031.44 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.43 | | 10,031.87 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.40 | | 10,032.27 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.39 | | 10,032.66 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.43 | | 10,033.09 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.42 | | 10,033.51 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.42 | | 10,033.93 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.40 | | 10,034.33 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.40 | | 10,034.73 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.42 | | 10,035.15 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.42 | | 10,035.57 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.39 | | 10,035.96 |
| 02/12/10 | | To Account #********9466 | TRANSFER OF FUNDS | 9999-000 | | 7.81 | 10,028.15 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.38 | | 10,028.53 |

Subtotals :  $15,053.69   $5,025.16

{} Asset reference(s)

Printed: 09/20/2011 02:35 PM   V.12.57

Exhibit 9

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 06-17206  
**Case Name:** OLSEN, GARY JOSEPH  
OLSEN, BETTY NADINE  
**Taxpayer ID #:** **-***9899  
**Period Ending:** 09/20/11

**Trustee:** JOHN E. GIERUM (520171)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****94-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.45 | | 10,028.98 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.25 | | 10,029.23 |
| 04/20/10 | | Wire out to BNYM account 9200******9465 | Wire out to BNYM account 9200******9465 | 9999-000 | -10,029.23 | | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 5,025.16 | 5,025.16 | $0.00 |
| Less: Bank Transfers | -10,029.23 | 25.16 | |
| Subtotal | 15,054.39 | 5,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$15,054.39** | **$5,000.00** | |

{} Asset reference(s)

Printed: 09/20/2011 02:35 PM   V.12.57

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 06-17206  
**Case Name:** OLSEN, GARY JOSEPH  
OLSEN, BETTY NADINE  
**Taxpayer ID #:** **-***9899  
**Period Ending:** 09/20/11  

**Trustee:** JOHN E. GIERUM (520171)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****94-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/05/08 | | From Account #********9465 | BOND REIMBURSEMENT | 9999-000 | 8.61 | | 8.61 |
| 02/05/08 | 101 | John E. Gierum | Bond Premium Payment on Ledger Balance as of 02/01/2008 for Case #06-17206, Bond Reimbursement (Bond #016026455) | 2200-000 | | 8.61 | 0.00 |
| 02/19/09 | | From Account #********9465 | BOND REIMBURSEMENT | 9999-000 | 8.74 | | 8.74 |
| 02/19/09 | 102 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2009 FOR CASE #06-17206, Reimbursement for Ch. 7 Blanket Bond | 2200-000 | | 8.74 | 0.00 |
| 02/12/10 | | From Account #********9465 | TRANSFER OF FUNDS | 9999-000 | 7.81 | | 7.81 |
| 02/12/10 | 103 | John E. Gierum | Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 2/1/10 for Case No. 06-17206 | 2200-000 | | 7.81 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 25.16 | 25.16 | $0.00 |
| | | | Less: Bank Transfers | | 25.16 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 25.16 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $25.16 | |

{} Asset reference(s)     Printed: 09/20/2011 02:35 PM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| **Case Number:** | 06-17206 | | **Trustee:** | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| **Case Name:** | OLSEN, GARY JOSEPH | | **Bank Name:** | The Bank of New York Mellon |
| | OLSEN, BETTY NADINE | | **Account:** | 9200-******94-65 - Money Market Account |
| **Taxpayer ID #:** | **-***9899 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 09/20/11 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********9465 | Wire in from JPMorgan Chase Bank, N.A. account ********9465 | 9999-000 | 10,029.23 | | 10,029.23 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.21 | | 10,029.44 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.59 | | 10,030.03 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.58 | | 10,030.61 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.60 | | 10,031.21 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.59 | | 10,031.80 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,031.88 |
| 10/25/10 | | To Account #9200******9466 | TRANSFER OF FUNDS | 9999-000 | | 168.00 | 9,863.88 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,863.96 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,864.04 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,864.12 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,864.20 |
| 02/16/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.04 | | 9,864.24 |
| 02/16/11 | | To Account #9200******9466 | TRANSFER FUNDS FROM MMA TO CHECKING FOR FINAL DISTRIBUTION | 9999-000 | | 9,864.24 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 10,032.24 | 10,032.24 | **$0.00** |
| | | | Less: Bank Transfers | | 10,029.23 | 10,032.24 | |
| | | | **Subtotal** | | **3.01** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3.01** | **$0.00** | |

{} Asset reference(s)          Printed: 09/20/2011 02:35 PM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 06-17206 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | OLSEN, GARY JOSEPH | | Bank Name: | The Bank of New York Mellon |
| | OLSEN, BETTY NADINE | | Account: | 9200-******94-66 - Checking Account |
| Taxpayer ID #: | **-***9899 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 09/20/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/25/10 | | From Account #9200******9465 | TRANSFER OF FUNDS | 9999-000 | 168.00 | | 168.00 |
| 10/27/10 | 10104 | Illinois Department of Revenue | 2007 IL-1041 | 2820-000 | | 168.00 | 0.00 |
| 02/16/11 | | From Account #9200******9465 | TRANSFER FUNDS FROM MMA TO CHECKING FOR FINAL DISTRIBUTION | 9999-000 | 9,864.24 | | 9,864.24 |
| 02/21/11 | 10105 | CHASE BANK USA,N.A. | First and Final Distribution | 7100-000 | | 399.41 | 9,464.83 |
| 02/21/11 | 10106 | CHASE BANK USA,N.A. | First and Final Distribution | 7990-000 | | 77.94 | 9,386.89 |
| 02/21/11 | 10107 | LVNV Funding LLC its successors and assigns as | First and Final Distribution | 7100-000 | | 3,714.87 | 5,672.02 |
| 02/21/11 | 10108 | LVNV Funding LLC its successors and assigns as | First and Final Distribution | 7990-000 | | 724.91 | 4,947.11 |
| 02/21/11 | 10109 | Lois West, Popowcer Katten, Ltd. | First and Final Distribution | 3410-000 | | 903.00 | 4,044.11 |
| 02/21/11 | 10110 | JOHN E. GIERUM | First and Final Distribution | 2100-000 | | 2,057.03 | 1,987.08 |
| 02/21/11 | 10111 | OLSEN, GARY JOSEPH | First and Final Distribution | 8200-002 | | 1,987.08 | 0.00 |
| | | | ACCOUNT TOTALS | | 10,032.24 | 10,032.24 | $0.00 |
| | | | Less: Bank Transfers | | 10,032.24 | 0.00 | |
| | | | Subtotal | | 0.00 | 10,032.24 | |
| | | | Less: Payments to Debtors | | | 1,987.08 | |
| | | | NET Receipts / Disbursements | | $0.00 | $8,045.16 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ***-*****94-65 | 15,054.39 | 5,000.00 | 0.00 |
| Checking # ***-*****94-66 | 0.00 | 25.16 | 0.00 |
| MMA # 9200-******94-65 | 3.01 | 0.00 | 0.00 |
| Checking # 9200-******94-66 | 0.00 | 8,045.16 | 0.00 |
| | $15,057.40 | $13,070.32 | $0.00 |

{} Asset reference(s)

Printed: 09/20/2011 02:35 PM     V.12.57